IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HENRY LAMAR WHITE
ADC #106221                                                                                                    PLAINTIFF

V.                                              5:08CV00032 JLH/JTR

CO-II CEDRIC FRANKLIN, Varner Unit,
Arkansas Department of Correction, et al.                                            DEFENDANTS

## ORDER OF DISMISSAL

Plaintiff, who is currently incarcerated at the Varner Supermax Unit of the Arkansas Department of Correction, has filed a Motion seeking permission to voluntarily dismiss this § 1983 action, "with prejudice." *See* docket entry #70. Defendants have orally informed the Court that they have no objection to Plaintiff's request.

IT IS THEREFORE ORDERED THAT:

1.    Plaintiff's Voluntary Motion to Dismiss (docket entry #70) is GRANTED, and this case is DISMISSED, WITH PREJUDICE.

2.    The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order of Dismissal and the accompanying Judgment would not be taken in good faith.

3.    Plaintiff's Motion for Partial Summary Judgment (docket entry #62) is DENIED, AS MOOT.

Dated this 2nd day of October, 2008.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE