### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

HENRY LAMAR WHITE
ADC #106221                                                                                                    PLAINTIFF

V.                                              5:08CV00032 JLH/JTR

CO-II CEDRIC FRANKLIN, Varner Unit,
Arkansas Department of Correction, et al.                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is VOLUNTARILY DISMISSED, WITH PREJUDICE, and Judgment is entered in favor of Defendants on all claims set forth herein. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 2nd day of October, 2008.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE